SAFEWAY INC.
MARK J. ROGERS  #173005
THEODORE K. BELL  #184289
5918 Stoneridge Mall Road
Pleasanton, CA  94588-3229
Telephone: (925) 467-3000
Facsimile: (925) 467-3214

JS-6

Attorneys for Defendant
Safeway Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DECORO,<br><br>           Plaintiff,<br><br>vs.<br><br>SAFEWAY INC. d.b.a. PAVILION, a business entity of unknown nature, and DOES 1 through 20 inclusive.<br><br>           Defendants. | No. 2:08-cv-07364-SJO-VBK<br><br>ORDER RE DISMISSAL OF PLAINTIFF'S FIRST CAUSE OF ACTION AND REMAND<br><br>Trial Date:      None Set<br>Date Removed:  November 6, 2008<br><br>Hon. S. James Otero |

Pursuant to Local Rule 52-9, Defendant Safeway Inc. ("Safeway") and Plaintiff Jose Decoro, through their counsel of record, hereby stipulate as follows:

WHEREAS Plaintiff filed his Complaint in the Superior Court of the State of California in and for the County of Los Angeles on April 23, 2008;

WHEREAS the Complaint contains two causes of action – the First Cause of Action for Breach of the Covenant of Good Faith and Fair Dealing and the Second Cause of Action for Disability Discrimination in violation of California Fair Employment and Housing Act;

WHEREAS Safeway asserts that it was first served a copy of the Complaint on October 23, 2008, and Plaintiff asserts it served Safeway on May 21, 2008;

WHEREAS Safeway removed this matter to this Court on November 6, 2008

1  on Federal Question grounds contending that Plaintiff's First Cause of Action
2  invested this Court with original subject matter jurisdiction under § 301 of the
3  Labor-Management Relations Act, 29 U.S.C. § 185 ("§ 301"); and
4      WHEREAS Plaintiff filed a Motion to Remand on December 5, 2008
5  contending that (i) Safeway's removal was not timely and (ii) the First Cause of
6  Action is not preempted by § 301;
7      The parties stipulate as follows:
8      Plaintiff stipulates to the dismissal with prejudice of his First Cause of Action
9  for Breach of the Covenant of Good Faith and Fair Dealing.  The parties stipulate
10 that the remaining cause of action in the Complaint be remanded to the Superior
11 Court of the State of California in and for the County of Los Angeles.

13 IT IS SO ORDERED
14 DATED: 01/08/09           /S/  S. James Otero
                             _____
15                           Hon. S. James Otero
                             United States District Court Judge